SCWC-12-0000500

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

TARVAL G. WEBSTER,
Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000500; S.P.P. NO. 11-1-0056;
CR. NOS. 98-0613 and 99-0358)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Del Rosario, in place of Wilson, J., recused)

Petitioner/Petitioner-Appellant's Application for Writ

of Certiorari, filed on April 14, 2015, is hereby rejected.

DATED:  Honolulu, Hawai'i, May 28, 2015.

Tarval G. Webster,                    /s/ Mark E. Recktenwald
petitioner pro se

                                      /s/ Paula A. Nakayama

                                      /s/ Sabrina S. McKenna

                                      /s/ Richard W. Pollack

                                      /s/ Dexter D. Del Rosario